# VINCENT J. LAPAGLIA

Attorney at Law
51 Newark Street, Suite 308
Hoboken, New Jersey 07030
TEL. 201.222.6615; FAX 201.222.6318
vjl@vlapaglialaw.com
Admitted in New Jersey & New York

October 17, 2025

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.C.
U.S. Post Office and Courthouse
2 Federal Square
Newark, NJ 07102

RE:  United States v. Leaks
     Criminal No. 25-518

Dear Judge Semper:

On June 11, 2025, I was appointed to represent Shaquan Leaks by the Honorable Jessic S. Allen, U.S.M.J.  On October 7, 2025, Mr. Leaks was indicated on the referenced matter.  Mr. Leaks' arraignment is scheduled for Tuesday, October 22, 2025 at 11:00 a.m. before Your Honor.

I write to advise Your Honor that given my upcoming trial schedule, I am unable to devote the time necessary to effectively represent Mr. Leaks.  Accordingly, as I am no longer confident that I can devote my time to Mr. Leaks' case, I ask that Your Honor re-assign counsel for Mr. Leaks.  I have advised Mr. Leaks that I would be returning his file for reassignment.

Respectfully,

VINCENT J. LA PAGLIA
VJL/zm
cc:  Sam Thypin-Bermeo, Assistant U.S. Attorney
     Shaquan Leaks - regular mail